Argued October 6—decided October 6, 1970

BOUCHER AGENCY, INC. *v.* DAVID E. ZIMMER ET AL.

The motion by the defendants to dismiss the appeal from the Court of Common Pleas in Fairfield County is denied.

*John J. Hunt,* for the appellees (defendants).

*Raphael Korff,* for the appellant (plaintiff).

Argued October 6—decided October 6, 1970